BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>HEAVY MACHINERY PERFORMA AKIRA SEIKI DATE 2000, MODEL V-4A SERIAL NUMBER: 00VGN305-389,<br><br>HEAVY MACHINERY PERFORMA AKIRA SEIKI DATE 1999, MODEL V3 SERIAL NUMBER: 99VDN180-175, and<br><br>HEAVY MACHINERY PERFORMA AKIRA SEIKI DATE 1998, MODEL V2, SERIAL NUMBER: 98N165-065,<br><br>            Defendants. | 2:14-MC-00089-MCE-EFB<br><br>STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |

It is hereby stipulated by and between the United States of America and potential claimants Dean Wilson and Lisa Wilson ("claimants"), by and through their respective attorneys, as follows:

1.   On or about March 25, 2014, claimants filed a claim in the administrative forfeiture proceeding with the Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF") with respect to the Heavy Machinery listed above (hereafter "defendant properties"), which were seized on or about October 9, 2013.

2.   The ATF has sent the written notice of intent to forfeit required by 18 U.S.C. §

1

983(a)(1)(A) to all known interested parties. The time has expired for any person to file a claim to the defendant properties under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than claimants has filed a claim to the defendant properties as required by law in the administrative forfeiture proceeding.

3. Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant properties and/or to obtain an indictment alleging that the defendant properties are subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceeding, unless the court extends the deadline for good cause shown or by agreement of the parties. That deadline is June 23, 2014.

4. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to extend to September 22, 2014, the time in which the United States is required to file a civil complaint for forfeiture against the defendant properties and/or to obtain an indictment alleging that the defendant properties are subject to forfeiture.

5. Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant properties and/or to obtain an indictment alleging that the defendant properties are subject to forfeiture shall be extended to September 22, 2014.

Dated: 6/18/14

BENJAMIN B. WAGNER
United States Attorney

By: /s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant U.S. Attorney

Dated: 6/17/14

/s/ Mark Reichel
Mark Reichel
Attorney for claimants
Dean Wilson and Lisa Wilson

(Authorized by phone)

**IT IS SO ORDERED**.

Dated: June 25, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT