1  BENJAMIN B. WAGNER
   United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant U. S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone:  (916) 554-2700

5  Attorneys for the United States

8            IN THE UNITED STATES DISTRICT COURT

9               EASTERN DISTRICT OF CALIFORNIA

11 | UNITED STATES OF AMERICA, | 2:14-mc-00089-MCE-EFB
12 |         Plaintiff, | STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE
13 |         v. |
14 | HEAVY MACHINERY PERFORMA AKIRA SEIKI DATE 2000, MODEL V-4A SERIAL NUMBER: 00VGN305-389, |
16 | HEAVY MACHINERY PERFORMA AKIRA SEIKI DATE 1999, MODEL V3 SERIAL NUMBER: 99VDN180-175, and |
18 | HEAVY MACHINERY PERFORMA AKIRA SEIKI DATE 1998, MODEL V2, SERIAL NUMBER: 98N165-065, |
20 |         Defendants. |

22         It is hereby stipulated by and between the United States of America and potential claimants Dean

23 Wilson and Lisa Wilson ("claimants"), by and through their respective attorneys, as follows:

24         1.      On or about March 25, 2014, claimants filed a claim in the administrative forfeiture

25 proceeding with the Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF") with respect to the

26 Heavy Machinery listed above (hereafter "defendant properties"), which were seized on or about October

27 9, 2013.

28         2.      The ATF has sent the written notice of intent to forfeit required by 18 U.S.C. §

                                    1
                                            Stipulation and Order to Extend Time

983(a)(1)(A) to all known interested parties. The time has expired for any person to file a claim to the defendant properties under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than claimants has filed a claim to the defendant properties as required by law in the administrative forfeiture proceeding.

      3.      Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant properties and/or to obtain an indictment alleging that the defendant properties are subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceeding, unless the court extends the deadline for good cause shown or by agreement of the parties. That deadline was June 23, 2014.

      4.      By Stipulation and Order filed June 25, 2014, the parties stipulated to extend to September 22, 2014, the time in which the United States is required to file a civil complaint for forfeiture against the defendant properties and/or to obtain an indictment alleging that the defendant properties are subject to forfeiture.

      5.      By Stipulation and Order filed September 22, 2014, the parties stipulated to extend to December 22, 2014, the time in which the United States is required to file a civil complaint for forfeiture against the defendant properties and/or to obtain an indictment alleging that the defendant properties are subject to forfeiture.

      6.      By Stipulation and Order filed on or about December 12, 2014, the parties stipulated to extend to March 23, 2015, the time in which the United States is required to file a civil complaint for forfeiture against the defendant properties and/or to obtain an indictment alleging that the defendant properties are subject to forfeiture.

      7.      By Stipulation and Order filed on or about March 20, 2015, the parties stipulated to extend to June 19, 2015, the time in which the United States is required to file a civil complaint for forfeiture against the defendant properties and/or to obtain an indictment alleging that the defendant properties are subject to forfeiture.

      8.      As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to further extend to July 20, 2015, the time in which the United States is required to file a civil complaint for forfeiture against the defendant properties and/or to obtain an indictment alleging that the defendant properties are subject to forfeiture.

9. Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant properties and/or to obtain an indictment alleging that the defendant properties are subject to forfeiture shall be extended to July 20, 2015.

Dated: 6/15/15

BENJAMIN B. WAGNER
United States Attorney

By: /s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant U.S. Attorney

Dated: 6/12/15

/s/ Mark Reichel
Mark Reichel
Attorney for claimants
Dean Wilson and Lisa Wilson

(Authorized by email)

**IT IS SO ORDERED**.

Dated: June 16, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT